IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JIYAN AN,

      Plaintiff,

vs.                                               Civ. No. 00-147 JP/WWD ACE

REGENTS OF THE UNIVERSITY OF
CALIFORNIA d/b/a LOS ALAMOS NATIONAL
LABORATORY, the UNITED STATES
DEPARTMENT OF ENERGY, ROBERT
CARY, MORTON BRADBURY, and
JOHN E. "JACK" FOLEY,

      Defendants.

## MEMORANDUM OPINION AND ORDER

      This matter comes before the Court upon Laboratory Defendants' Motion to Compel Former Plaintiff Zhe Jin's Testimony Regarding Spousal Abuse and Communications with the Plaintiff [docket no. 196]. No response to the motion has been filed.

      **WHEREFORE,**

      **IT IS ORDERED** that Laboratory Defendants' Motion to Compel Former Plaintiff Zhe Jin's Testimony Regarding Spousal Abuse and Communications with the Plaintiff [docket no. 196] be, and it is hereby, GRANTED.

      **IT IS FURTHER ORDERED** that Zhe Jin shall answer fully and completely the questions posed to him at the time of his deposition on March 3, 2001, as well as such supplementary questions as are necessary to complete the inquiry into Zhe Jin's history of abusing his wife and his communications with her regarding matters at issue in this lawsuit.

                                                                  _____
                                                    UNITED STATES MAGISTRATE JUDGE